IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID WICHTERMAN, JR., as ADMINISTRATOR of the ESTATE OF DANIEL WICHTERMAN,** : : : : **Plaintiff,** : : v. : : **CITY OF PHILADELPHIA; CORIZON HEALTH; TAIRU WAHABU, RN,** : : : **Defendants.** : : | CIVIL ACTION No. 16-5796 JURY TRIAL DEMANDED |

**JOINT STATEMENT OF THE CASE**

Pursuant to Paragraph 9 of the Court's Second Amended Scheduling Order dated December 4, 2019, the parties jointly submit this Statement of the Case.

In this case, plaintiff David Wichterman, Jr., has brought claims on behalf of his deceased brother, Daniel Wichterman, alleging that the defendants caused Daniel Wichterman's death due to an opiate overdose while he was in police custody on January 30, 2015, at the Philadelphia Police Detention Unit at 8th and Race Streets in Philadelphia. David Wichterman, Jr., has brought two claims against the defendants.

First, David Wichterman, Jr., brings a claim against defendant City of Philadelphia under Section 1983, a civil rights law passed by Congress that provides a remedy to persons who have been deprived of their federal constitutional rights under color of state law. Specifically, David Wichterman, Jr., claims that the City of Philadelphia failed to train its employee officers to recognize and respond to signs of an opiate overdose and, therefore, caused a violation of Daniel Wichterman's right to adequate medical care under the Fourteenth Amendment to the U.S. Constitution.

Second, David Wichterman, Jr., brings claims under Pennsylvania state law that defendant Nurse Tairu Wahabu was professionally negligent in the manner in which he cared for Daniel Wichterman when encountering him at the Police Detention Unit and that his actions and inactions allowed Daniel Wichterman to die. Because Nurse Wahabu was employed by defendant Corizon Health and was working for Corizon Health at the time he encountered Daniel Wichterman, David Wichterman, Jr., has also claimed that Corizon Health is responsible for Daniel Wichterman's death.

The Defendants deny these allegations. All Defendants contend that Daniel Wichterman's opiate overdose was caused by his own actions and was not the result of any violations or unlawful conduct by the City of Philadelphia, Nurse Tairu Wahabu, or Corizon Health.

Respectfully submitted,

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING,
  FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400

*Counsel for Plaintiff*

/s/ Jonathan Cooper
Jonathan Cooper
Assistant City Solicitor
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5448

*Counsel for Defendant City of Philadelphia*

/s/ Thomas J. Gregory
Thomas J. Gregory
O'CONNOR KIMBALL, LLP
Suite 1100
Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA  19102
(215) 564-0400

*Counsel for Defendants Corizon and Wahabu*