**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| **DAVID WICTHERMAN, JR., as** | : | |
| **ADMINISTRATOR OF THE ESTATE OF** | : | **CIVIL ACTION** |
| **DANIEL WICHTERMAN,** | : | **No. 16-5796** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Kathryn Faris as counsel for Defendant City of

Philadelphia in the above entitled matter.

Respectfully submitted:

Date: June 27, 2024                /s/ *Kathryn Faris*
                                   KATHRYN FARIS
                                   Senior Attorney
                                   City of Philadelphia Law Department
                                   1515 Arch Street, 14th Floor
                                   Philadelphia, PA  19102-1595
                                   (215) 683-5445
                                   (215) 683-5397(fax)
                                   *Kathryn,faris@phila.gov*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **DAVID WICTHERMAN, JR., as ADMINISTRATOR OF THE ESTATE OF DANIEL WICHTERMAN,** | : : : : | **CIVIL ACTION** **No. 16-5796** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing Notice of Entry of Appearance was served upon all counsel in this matter via electronic mail through the Court's ECF system on the date and year written below.

Respectfully submitted:

Date: <u>June 27, 2024</u>    /s/ *Kathryn Faris*
KATHRYN FARIS
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5445
(215) 683-5397(fax)
*Kathryn.faris@phila.gov*