LAW OFFICES
**O'CONNOR KIMBALL, LLP**
TWO PENN CENTER PLAZA, SUITE 1100
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
(215) 564-0400
FAX (215) 564-1973
WEBSITE: www.oconnorkimball.com

THOMAS J. GREGORY
tgregory@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

October 10, 2024

**VIA ECF FILING**
The Honorable John Milton Younge
15613 United States District Court
601 Market Street
Philadelphia, PA 19106

RE: *David Wichterman, Jr., as the Administrator of the Estate of Daniel Wichterman v.*
*Corizon Health and Tairu Wahabu, R.N., et al.*
**U.S. District Court for the E.D. of PA, Docket No: 16-CV-05796-JD**
**Our File No: 210-1453**

Dear Judge Younge:

I represent Corizon Health and its employee, Defendant Tairu Wahabu, R.N., in the above-referenced matter. As Your Honor is aware, Corizon filed for bankruptcy protection in the US Bankruptcy Court for the Southern District of Texas. As a result, Your Honor entered two subsequent Orders on August 14, 2023 and April 10, 2024 staying all proceedings during the pendency of Corizon's bankruptcy with a directive to file periodic joint status reports. Pursuant to Your Honor's directive set forth in the April 10, 2024 Order, please be advised that Corizon's bankruptcy has not yet been discharged and is still active. Thus, it is respectfully requested that the Stay of Proceedings remain in place.

Our office has contacted counsel and was advised that Plaintiff's counsel continues to be opposed to the current Stay of Proceedings and that counsel for the City of Philadelphia and its Correctional Officers take no position as to the Stay. Please advise of any further directives

Thank you for your kind consideration.

Respectfully yours,

O'CONNOR KIMBALL LLP

Thomas J. Gregory

TJG:amb
cc: Jonathan H. Feinberg, Esquire (via ECF Filing)
    Katheryn Faris, Esquire (via ECF Filing)