**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID WICHTERMAN, JR.**, | : | |
| **as administrator**, | : | |
| *Plaintiff,* | : | No. 16-cv-5796-JMY |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.**, | : | |
| *Defendants.* | : | |

## <u>ORDER</u>

**AND NOW**, this 7th day of May, 2026, upon consideration of the Letter (ECF No. 128)

forwarded to Chambers by Counsel for the Plaintiff in which he requests an extension of time to

file a response to Defense Counsel's Motion for Leave to Withdraw as Counsel, it is hereby

**ORDERED** that said request for an extension of time will be **DENIED**.

    **IT IS SO ORDERED.**

               **BY THE COURT**:

                /s/ John Milton Younge
               Judge John Milton Younge