**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID WICHTERMAN, JR., as ADMINISTRATOR of the ESTATE OF DANIEL WICHTERMAN,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 16-cv-5796-JMY** |
| **CITY OF PHILADELPHIA; CORIZON HEALTH; TAIRU WAHABU, RN,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW,** this ____________ day of ________________________, 2026, upon consideration of Plaintiff's Motion to Grant Motion for Leave to File a Second Amended Complaint as Uncontested, the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Leave to File a Second Amended Complaint (ECF 131) is **GRANTED** and the proposed Second Amended Complaint attached to that filing (ECF 131-1) shall be **DOCKETED**.

**BY THE COURT:**

____________________________
**JOHN MILTON YOUNGE, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID WICHTERMAN, JR., as ADMINISTRATOR of the ESTATE OF DANIEL WICHTERMAN,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 16-cv-5796-JMY** |
| **CITY OF PHILADELPHIA; CORIZON HEALTH; TAIRU WAHABU, RN,** | : | |
| **Defendants.** | : | |

**Plaintiff's Motion to Grant Motion for Leave to File a Second Amended Complaint as Uncontested**

Plaintiff David Wichterman, Jr., through counsel, respectfully moves the Court pursuant to Local Civ. R. 7.1(c) to grant as uncontested his previously filed Motion for Leave to File a Second Amended Complaint, and, in support thereof, asserts:

1. This matter was placed under a stay following the motion to withdraw as counsel filed by counsel for defendants Corizon Health and Tairu Wahabu, RN. ECF 127.

2. During that stay, on June 1, 2026, plaintiff filed a motion for leave to file a Second Amended Complaint. ECF 131. The Court initially entered an Order striking that motion from the docket on the ground that it was filed in violation of the stay of proceedings. ECF 132. Plaintiff filed a motion for reconsideration of that Order explaining that based on Orders entered in bankruptcy proceedings initiated by successor entities of Corizon Health, plaintiff was required to initiate the claims asserted in the proposed Second Amended Complaint no later than June 3, 2026. ECF 133.

3. On June 10, 2026, the Court held a hearing to address the motion to withdraw filed by counsel for defendants Corizon Health and Wahabu. At that hearing, the Court also addressed plaintiff's motion for reconsideration regarding the motion for leave to file a Second Amended Complaint. After the hearing, the Court entered two Orders:

a. First, the Court granted counsel's motion to withdraw from representation of Corizon and Wahabu. ECF 135. The Court entered a stay of proceedings for 60 days to allow the defendants to retain new counsel, and provided that the stay would automatically lift at the expiration of the 60-day period.

b. Second, the Court granted the motion for reconsideration and vacated the order striking from the docket plaintiff's motion for leave to file a Second Amended Complaint. ECF 136. The Order directed that no party would be required to respond to the motion for leave to file a Second Amended Complaint until the stay of proceedings lifted.

4. Under these Orders, the combined effect is as follows: the stay automatically lifted on August 10, 2026 (the first business day after 60 days from the initiation of the stay on June 10, 2026), and, under Local Civ. R. 7.1(c), any response to plaintiff's motion for leave to file a Second Amended Complaint was due to be filed within 14 days of the end of the stay, that is, on or before August 24, 2026.

5. As of August 25, 2026, no defendant has filed any response to plaintiff's motion for leave to file a Second Amended Complaint.

6. Under Local Civ. R. 7.1(c), "[i]n the absence of a timely response," a "motion may be granted as uncontested."

WHEREFORE, in light of the absence of a timely response to plaintiff's motion for leave to file a Second Amended Complaint, plaintiff David Wichterman, Jr., respectfully requests that the Court grant that motion as uncontested.

Respectfully submitted,

/s/ Jonathan H. Feinberg

Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400
jfeinberg@krlawphila.com

*Counsel for Plaintiff David Wichterman, Jr.*

**Certificate of Service**

I, Jonathan H. Feinberg, hereby certify that on August 25, 2025, the foregoing Plaintiff's Motion to Grant Motion for Leave to File a Second Amended Complaint as Uncontested was filed via the Court's ECF system and, as such, was served on all counsel of record. Additionally, I certify the following:

The Motion was served on the entity formerly known as Corizon Health, Inc., by email to:

Scott King, Chief Legal Officer
scott.king@yescarecorp.com
YesCare Corp.
205 Powell Place, Suite 104
Brentwood, TN 37027

The Motion was served on Tairu Wahabun, RN, by first-class mail to:

Tairu Wahabu
7926 Montgomery Avenue
Elkins Park, PA 19027

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg